Friday, 30 March, 2012 04:33:14 PM
Clerk, U.S. District Court, ILCD


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-3447 |
| GENE MILLER COMPANY d/b/a MILLER THE DRILLER, and MILLER THE DRILLER, INC., | ) ) ) ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

The Court now considers Plaintiffs' Motion For Default Judgment ("Motion") (d/e 7) pursuant to Federal Rule of Civil Procedure 55. In support of the Motion, Plaintiffs state as follows:

1. The Complaint in this matter was filed on December 22, 2011.

2. On January 10, 2012, Kristine Young, Registered Agent and President of Defendants, was duly served by the Polk County, Iowa, Sheriff's Department with the Complaint and Summons.

3. The Defendants have failed to timely file a responsive pleading.

4. United States Magistrate Judge Byron G. Cudmore entered an Order of

Default against Defendants on February 21, 2012.

5. Plaintiffs are entitled to attorney fees incurred in this matter, as detailed in Exhibit A attached to Plaintiffs' Motion.

In light of these facts, the Court finds that Plaintiffs are entitled to the fees, costs, and damages listed in the Motion. Specifically, a default judgment is awarded in favor of Plaintiffs and against Defendants as follows:

- A. Judgment is entered in favor of Plaintiffs and against Defendants for payment of delinquent contributions, liquidated damages, and report form shortages in the amount of $40,601.61;
- B. Defendants are ordered to pay to Plaintiffs its attorney fees in the amount of $1,711.44, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2); and
- C. Defendants are ordered to pay all costs attendant to the cost of these proceedings.

Plaintiffs' Motion For Default Judgment (d/e 7) is GRANTED. This case is CLOSED.

ENTER: March 30, 2012

FOR THE COURT:

                                                  s/ Sue E. Myerscough
                                                  SUE E. MYERSCOUGH

UNITED STATES DISTRICT JUDGE